```
 1 | DANTE JOHN NOMELLINI - SBN 040992
   | DANIEL A. McDANIEL - SBN 77363
 2 | DANTE JOHN NOMELLINI, JR. - SBN 186072
   | NOMELLINI, GRILLI & McDANIEL
 3 | PROFESSIONAL LAW CORPORATIONS
   | 235 East Weber Avenue
 4 | Post Office Box 1461
   | Stockton, California 95201
 5 | Telephone: (209) 465-5883
   | Facsimile: (209) 465-3956
 6 |
   | THOMAS M. ZUCKERMAN - SBN 041206
 7 | 2200 West Forest Lake Road
   | Acampo, CA 95220
 8 | Telephone: (209) 745-5537
   | Facsimile: (209) 745-4792
 9 |
   | JOHN H. HERRICK - SBN 139125
10 | 4255 Pacific Avenue, Suite 2
   | Stockton, California 95207
11 | Telephone: (209) 956-0150
   | Facsimile: (209) 956-0154
12 |
   | Attorneys for Plaintiffs
13 | CENTRAL DELTA WATER AGENCY,
   | SOUTH DELTA WATER AGENCY,
14 | ALEXANDER HILDEBRAND,
   | and R.C. FARMS, INC.
15 |
```

**FILED**

APR 17 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL DELTA WATER AGENCY, SOUTH DELTA WATER AGENCY, ALEXANDER HILDEBRAND, and R.C. FARMS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, DEPARTMENT OF THE INTERIOR, BUREAU OF RECLAMATION; BRUCE BABBITT, SECRETARY OF THE INTERIOR; MICHAEL J. SPEARS, REGIONAL DIRECTOR OF THE UNITED STATES DEPARTMENT OF THE INTERIOR FISH AND WILDLIFE SERVICE, REGION 1; and KIRK RODGERS, ACTING REGIONAL | Case No. CIV F-99-5650 OWW LJO <br><br> [~~PROPOSED~~] <br> ORDER FOR RELEASE OF CASH SECURITY |

-1-

[Proposed] Order for Release of Cash Security

| | |
|---|---|
| 1 | DIRECTOR OF THE UNITED STATES ) |
|   | DEPARTMENT OF THE INTERIOR ) |
| 2 | BUREAU OF RECLAMATION, ) |
|   | MID-PACIFIC REGION, ) |
| 3 | ) |
|   | Defendants. ) |
| 4 | _____ ) |

IT IS HEREBY ORDERED as follows:

1. The motion for release of cash security is granted.

2. The clerk shall return to Central Delta Water Agency the cash security posted by it in the sum of $500.00 on August 27, 2004, together with any interest thereon.

IT IS SO ORDERED.

DATED: 4-17-12

_____
United States District Judge

-2-

[Proposed] Order for Release of Cash Security